IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JLL CONSULTANTS, INC., TRUSTEE OF BUFFETS HOLDINGS, INC. ET AL. LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CAXTON-ISEMAN CAPITAL, INC., CAXTON-ISEMAN INVESTMENTS, L.P., CAXTON ASSOCIATES LP F/K/A CAXTON ASSOCIATES, L.L.C. F/K/A CAXTON CORPORATION, CxCIC, LLC, CI CAPITAL PARTNERS, LLC f/k/a CAXTON-ISEMAN CAPITAL, LLC, FREDERICK J. ISEMAN, SENTINEL CAPITAL PARTNERS, L.L.C., SENTINEL CAPITAL PARTNERS II, L.P., AND ROE H. HATLEN,<br><br>Defendants. | Case No. 10-1195 ADM/JSM<br><br><br><br><br><br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby dismisses the above-captioned action with prejudice. The parties will bear their own costs and attorneys' fees. The entry of this Notice disposes of the entire case.

| | |
|---|---|
| **Moss & Barnett, P.A.**<br>By:   s/ Kristin B. Heebner   <br>Thomas J. Shroyer (#100638)<br>Kristin B. Heebner (#331235)<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 877-5000<br>heebnerk@moss-barnett.com<br>Dated: September 30, 2010<br>**ATTORNEYS FOR PLAINTIFF** | OF COUNSEL:<br>**BRACEWELL & GIULIANI LLP**<br>J. Clifford Gunter III<br>Ross D. Kennedy<br>Ralph D. McBride<br>Bradley J. Benoit<br>Kristin A. McLaurin<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 221-1236<br>**ATTORNEYS FOR PLAINTIFF** |

1662092v1